

# Fourth Court of Appeals
## San Antonio, Texas

**JUDGMENT**

No. 04-18-00518-CR

Earl James **OTTER**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 187th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CR0223
Honorable Joey Contreras, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE BARNARD, AND JUSTICE MARTINEZ

In accordance with this court's opinion of this date, this appeal is DISMISSED.

SIGNED October 24, 2018.

_____
Karen Angelini, Justice